DEMAREST v. CITY OF BLOOMFIELD HILLS

Appeal from Oakland, Arthur E. Moore, J. Submitted Division 2 December 23, 1970, at Lansing. (Docket No. 9548.) Decided April 28, 1971.

Complaint by David B. Demarest and Jean M. Demarest against the City of Bloomfield Hills to declare a zoning ordinance unconstitutional and to permanently enjoin its enforcement. Judgment for plaintiffs. Defendant appeals. Affirmed.

*Thomas J. Dillon, Jr.,* for plaintiffs.

*Brennan & Bibeau,* for defendants.

Before: QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ.

PER CURIAM. Supplementing our order of December 23, 1970, and on the basis of the March 3, 1971 order of the Supreme Court in the case of *House* v. *City of Bloomfield Hills* (1971), 384 Mich 811, we affirm the trial court for the reason that this Court's decision in *House* v. *City of Bloomfield Hills* (1969), 18 Mich App 184, is completely dispositive of this case of Demarest. Plaintiffs may recover costs.